IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | CASE NO. 5:14-cv-03604 EJD |
| Plaintiff(s), | **ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE** |
| v. | |
| TESSERA, INC., | [Docket Item No(s). 28] |
| Defendant(s). | |

Good cause appearing therefor, Defendant Tessera, Inc.'s ("Defendant") motion to expedite briefing and advance the hearing date for its Motion to Remand (Docket Item No. 28) is GRANTED.

Any opposition to the Motion to Remand shall be filed on or before **5:00 p.m. on September 5, 2014.** Any reply shall be filed on or before **5:00 p.m. on September 8, 2014.** The hearing on the Motion to Remand is ADVANCED to **9:00 a.m. on September 12, 2014.**

**IT IS SO ORDERED.**

Dated: September 2, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:14-cv-03604 EJD
ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE